1 A.3d 867

**Justin E. FOCHT, Respondent**

v.

**Tracy L. FOCHT, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 11, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of August, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased and consolidated for clarity, is:

When does a cause of action or claim accrue for purposes of determining whether it is marital property pursuant to 23 Pa.C.S. § 3501(a)(8)?